186 F.2d 309
 Lore Peter SANDOZ, Petitioner-Appellant,
v.
CONSOLIDATED TEXTILE CORPORATION, Debtor-Appellee.
 No. 103, Docket 21814.
 United States Court of Appeals Second Circuit.
 Argued Jan. 9, 1951.
Decided Jan. 24, 1951.
 
 Brock & Sulzberger, New York City, Arnold J. Brock, Seymour S. Epstein, New York City, of counsel, for petitioner.
 S. S. Jennings, Jr., (of Mudge, Stern, Williams & Tucker), New York City, J. B. Breckenridge, New York City, of counsel, for appellee Consolidated Textile Co., Inc.
 Before CHASE, CLARK, and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 The order of the District Court denying appellant's petition to reopen the reorganization proceedings of the debtor is affirmed. Willis v. Consolidated Textile Co., Inc., 2 Cir., 178 F.2d 924; Monhonk Realty Corporation v. Wise Shoe Stores, 2 Cir., 111 F.2d 287, certiorari denied 311 U.S. 654, 61 S.Ct. 47, 85 L.Ed. 418; Duebler v. Sherneth Corporation, 1 Cir., 160 F.2d 472.